UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **EATON J. HEBERT, JR.** | **CIVIL ACTION NO. 11-0299** |
| **VERSUS** | **JUDGE TUCKER L. MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation [Rec. Doc. 12]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the Commissioner's decision is **AFFIRMED**, and that this matter is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 20th day of April, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE